No. CR-08 00328 RMW HRL

*SEALED BY ORDER OF THE COURT*

Filed MAY 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

*SAN JOSE DIVISION*

THE UNITED STATES OF AMERICA

vs.

PAULA LUNA ALVAREZ,
a/k/a PAULA LUNA, a/k/a PAULA JUAREZ, and
CARLOS CONTRERAS DEL CARMEN,
a/k/a CARLOS F. CONTRERAS,
a/k/a CARLOS F. DEL CARMEN,

# INDICTMENT

SEE ATTACHMENT

*A true bill.*

_____Foreperson

*Filed in open court this* __14__ *day of* __May__

A.D. 2008

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ No Bail

DOCUMENT NO. 1   CSA's INITIALS
DISTRICT COURT CRIMINAL CASE PROCESSING

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

**Filed**

MAY 14 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

SEALED BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>PAULA LUNA ALVAREZ,<br>　a/k/a PAULA LUNA,<br>　a/k/a PAULA JUAREZ, and<br>CARLOS CONTRERAS DEL CARMEN,<br>　a/k/a CARLOS F. CONTRERAS,<br>　a/k/a CARLOS F. DEL CARMEN,<br><br>　　Defendants. | CR No. 08 00328 RMW HRL<br><br>VIOLATIONS: Title 8, U. S. C. § 1324(a)(1)(A)(iii) - Alien Harboring; Title 42 U.S.C. § 408(a)(7)(B) – Social Security Fraud; Title 18 U.S.C. § 1956(a)(2)(A) – International Money Laundering<br><br>SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:   (8 U.S.C. §1324(a)(1)(A)(iii) - Alien Harboring)

　　Between on or about February through September, 2005, in the Northern District of California, the defendants,

　　　　　　　　PAULA LUNA ALVAREZ,
　　　　　　　　　a/k/a PAULA LUNA,
　　　　　　　　　a/k/a PAULA JUAREZ, and
　　　　　　　　CARLOS CONTRERAS DEL CARMEN,
　　　　　　　　　a/k/a CARLOS F. CONTRERAS,
　　　　　　　　　a/k/a CARLOS F. DEL CARMEN,

**INDICTMENT**

1

knowingly and in reckless disregard of the fact that an alien, identified as H.S.C., had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield H.C.S. from detection by immigration and other law enforcement authorities;

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) and Title 18, United States Code, Section 2.

COUNT TWO:   (8 U.S.C. §1324(a)(1)(A)(iii) - Alien Harboring)

Between on or about January, 2005 through May, 2007, in the Northern District of California, the defendants,

>     PAULA LUNA ALVAREZ,
>         a/k/a PAULA LUNA,
>         a/k/a PAULA JUAREZ, and
>     CARLOS CONTRERAS DEL CARMEN,
>         a/k/a CARLOS F. CONTRERAS,
>         a/k/a CARLOS F. DEL CARMEN,

knowingly and in reckless disregard of the fact that an alien, identified as B.D.C.G, had come to, entered and remained in the United States in violation of law, did conceal, harbor, and shield B.D.C.G. from detection by immigration and other law enforcement authorities;

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) and Title 18, United States Code, Section 2.

COUNT THREE:   (8 U.S.C. §1324(a)(1)(A)(iii) - Alien Harboring)

Between on or about September, 2003 through December, 2006, in the Northern District of California, the defendants,

>     PAULA LUNA ALVAREZ,
>         a/k/a PAULA LUNA,
>         a/k/a PAULA JUAREZ, and
>     CARLOS CONTRERAS DEL CARMEN,
>         a/k/a CARLOS F. CONTRERAS,
>         a/k/a CARLOS F. DEL CARMEN,

knowingly and in reckless disregard of the fact that an alien, identified as N.D.C., had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield N.D.C. from detection by immigration and other law enforcement authorities;

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) and

**INDICTMENT**

## ATTACHMENT TO INDICTMENT COVER SHEET

U.S.
v.
PAULA LUNA ALVAREZ,
a/k/a PAULA LUNA,
a/k/a PAULA JUAREZ, and
CARLOS CONTRERAS DEL CARMEN,
a/k/a CARLOS F. CONTRERAS,
a/k/a CARLOS F. DEL CARMEN

**COUNT ONE THROUGH THREE**: 8 U.S.C., § 1324(a)(1)(A)(iii) - Alien Harboring

**COUNT FOUR THROUGH SIX**: 42 U.S.C., § 408 (a)(7)(B) - Social Security Fraud

**COUNT SEVEN AND EIGHT**: - Title 18 U.S.C., § 1956(a)(2)(A) - International Money

Title 18, United States Code, Section 2.

COUNT FOUR:    (42 U.S.C. § 408(a)(7)(B) – Social Security Fraud)

On or about January 30, 2006, in the Northern District of California, the defendant,

PAULA LUNA ALVAREZ,<br>
a/k/a PAULA LUNA,<br>
a/k/a PAULA JUAREZ,

knowingly and with intent to deceive, did, for the purpose of enabling N.D.C. to work unlawfully in the United States, falsely represent and attempt to represent a nine digit number beginning with "606" to be the social security account number assigned by the Commissioner of Social Security to N.D.C., when in fact that was not the social security account number assigned by the Commissioner of Social Security to N.D.C.;

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

COUNT FIVE:    (42 U.S.C. § 408(a)(7)(B) – Social Security Fraud)

On or about July 31, 2006, in the Northern District of California, the defendant,

CARLOS CONTRERAS DEL CARMEN,<br>
a/k/a CARLOS F. CONTRERAS,<br>
a/k/a CARLOS F. DEL CARMEN

knowingly and with intent to deceive, did, for the purpose of enabling A.R. to work unlawfully in the United States, falsely represent and attempt to represent a nine digit number beginning with "506" to be the social security account number assigned by the Commissioner of Social Security to A.R., when in fact that was not the social security account number assigned by the Commissioner of Social Security to A.R.;

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

COUNT SIX:    (42 U.S.C. § 408(a)(7)(B) – Social Security Fraud)

On or about April 30, 2007, in the Northern District of California, the defendant,

PAULA LUNA ALVAREZ,<br>
a/k/a PAULA LUNA,<br>
a/k/a PAULA JUAREZ,

knowingly and with intent to deceive, did, for the purpose of enabling B.D.C.G. to work unlawfully in the United States, falsely represent and attempt to represent a nine digit number beginning with "608" to be the social security account number assigned by the Commissioner of

**INDICTMENT**

Social Security to B.D.C.G. when in fact such number was not the social security account number assigned by the Commissioner of Social Security to such person;

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

COUNT SEVEN:    (18 U.S.C. §1956(a)(2)(A) – International Money Laundering)

On or about January 24, 2006, in the Northern District of California, the defendant,

> CARLOS CONTRERAS DEL CARMEN
> a/k/a CARLOS F. CONTRERAS,
> a/k/a CARLOS F. DEL CARMEN,

did transport, transfer, and transmit $960.00, by means of wire transfer, from Giromex, a wire transmitter service located in Botanica San Cipriano, San Jose, California, to Bital/HSBC Bank in Tepeaca, Mexico, with the intent to promote the carrying on of a specified unlawful activity, namely, the harboring of aliens in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii);

All in violation of Title 18, United States Code, Section 18 U.S.C. 1956(a)(2)(A).

COUNT EIGHT:    (18 U.S.C. §1956(a)(2)(A) – International Money Laundering)

On or about January 19, 2006, in the Northern District of California, the defendant,

> PAULA LUNA ALVAREZ,
> a/k/a PAULA LUNA,
> a/k/a PAULA JUAREZ,

did transport, transfer, and transmit $480.00, by means of wire transfer, from Giromex, a wire transmitter service located in Botanica San Cipriano, San Jose, California, to Bancomer Bank, in Tepeaca Mexico, with the intent to promote the carrying on of a specified unlawful activity, namely, the harboring of aliens in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii);

//
//
//
//
//
//

**INDICTMENT**

4

All in violation of Title 18, United States Code, Section 1956(a)(2)(A).

DATED: 05/14/08                           A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: _____ )
                      AUSA THOMAS M. O'CONNELL

**INDICTMENT**

5

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
SAN JOSE

**Filed**
MAY 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED
SEE ATTACHMENT

**SEALED BY ORDER OF THE COURT**

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
SEE ATTACHMENT

### DEFENDANT - U.S.
► ALVAREZ and DEL CARMEN (SEE ATTACHMENT)

DISTRICT COURT NUMBER
**CR-08 00328 RMW**
HRL

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)

S/A ALEXANDER KOBZANETS-F.B.I.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned) THOMAS M. O'CONNELL

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons► was served on above charges _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____ Month/Day/Year

DATE OF ARREST ► _____
Or... if Arresting Agency & Warrant were not Month/Day/Year

DATE TRANSFERRED ► _____
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS
PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

**ATTACHMENT TO INDICTMENT PENALTY SHEET**

U.S.
v.
PAULA LUNA ALVAREZ,
a/k/a PAULA LUNA,
a/k/a PAULA JUAREZ, and
CARLOS CONTRERAS DEL CARMEN,
a/k/a CARLOS F. CONTRERAS,
a/k/a CARLOS F. DEL CARMEN

**COUNT ONE THROUGH THREE**:  8 U.S.C., § 1324(a)(1)(A)(iii) - Alien Harboring

   **Penalties**: 10 years imprisonment, $250,000 fine, $100 special assessment, 3 years supervised release

**COUNT FOUR THROUGH SIX**: 42 U.S.C., § 408 (a)(7)(B) - Social Security Fraud

   **Penalties**: 5 years imprisonment, $250,000 fine, $100 special assessment, 3 years supervised release

**COUNT SEVEN AND EIGHT**: - Title 18 U.S.C., § 1956(a)(2)(A) - International Money Laundering

   **Penalties**: 20 years imprisonment, $500,000 fine, $100 special assessment, 3 years supervised release