**SEALED BY ORDER OF THE COURT**



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PAULA LUNA ALVAREZ,<br>  a/k/a PAULA LUNA,<br>  a/k/a PAULA JUAREZ, and<br>CARLOS CONTRERAS DEL CARMEN,<br>  a/k/a CARLOS F. CONTRERAS,<br>  a/k/a CARLOS F. DEL CARMEN,<br><br>  Defendants. | No. CR-08 00328 RMW HRL<br><br>**ORDER OF THE COURT SEALING INDICTMENT AND ARREST WARRANT** |

Based on the motion of the Government, the further investigation contemplated by the Federal Bureau of Investigation, the need to ensure the safety of law enforcement agents, and the fact that the defendants are out of custody and unaware of the pending indictment and arrest

**SEALING ORDER**

warrant, it is hereby ordered that the indictment and arrest warrant in the above-entitled case be sealed until further order of the court.

**IT IS SO ORDERED.**

DATED: 5/14/08

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge
Northern District of California

SEALING ORDER                              2