***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte    **REPORTER:** Lee-Anne Shortridge

**DATE:** June 30, 2008    **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00328-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- CARLOS CONTRERAS DEL CARMEN
        **APPEARANCES:**                       PAULA LUNA ALVAREZ (N/A)

**PLTF:** AUSA: T. O'Connell    **DEFT:** A. Morales & P. Leeming
        **INTERPRETER:**                    L. Acre

**COURT ACTION: STATUS HEARING**

**Hearing Held. Dft. - Carlos Contreras Del Carmen appeared. Co-dft. - Paula Luna Alvarez was not present, the matter was not put on our calendar from the magistrate. The parties are still reviewing the case. The Court continued this matter to 8/25/08 @ 9:00 AM for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 8/25/08. Government to prepare exclusion order.**

/s/ Jackie Garcia
**JACKIE GARCIA**
**Courtroom Deputy**