1
2
3
4
5
6
7                             IN THE UNITED STATES DISTRICT COURT
8                           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| 10  U.S.A., | ***E-FILED - 8/13/08*** |
| 11       Plaintiff, | CASE NO.: CR-08-00328-RMW |
| 12       v. | **CLERK'S NOTICE OF CONTINUANCE OF STATUS HEARING** |
| 13  PAULA LUNA ALVAREZ & CARLOS CONTRERAS DEL CARMEN, | |
| 14       Defendant. | |

16
17    PLEASE TAKE NOTICE that the Status Hearing in the above-entitled matter which was
18 previously set for August 25, 2008, has been continued to **September 2, 2008 @ 9:00 a.m.**, before
19 the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6, 4th floor of the U.S.
20 Courthouse, 280 South First Street, San Jose, California.
21
22 DATED:  August 13, 2008

                                            _____
                                            JACKIE GARCIA
                                            Courtroom Deputy for
                                            Honorable Ronald M. Whyte

1 | Copy of Order E-Filed to Counsel of Record:
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28